68

(No. 73-CC-426—Claimant )

CATHOLIC CHARITIES OF THE ARCHDIOCESE OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed September 5, 1973.*

CATHOLIC CHARITIES OF THE ARCHDIOCESE OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-427—Claimant )

CATHOLIC CHARITIES OF THE ARCHDIOCESE OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed September 5, 1973.*

CATHOLIC CHARITIES OF THE ARCHDIOCESE OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-428—Claimant )

CATHOLIC CHARITIES OF THE ARCHDIOCESE OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed September 5, 1973.*